IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **BOARD OF EDUCATION OF CARROLL COUNTY,** *et al.*, **Petitioners** | \* |
| | \* |
| v. | |
| | \* |
| **MARYLAND STATE BOARD OF EDUCATION** | \*   Case No: 1:22 cv 419 |
| **Respondent** | \* |

\*     \*     \*     \*     \*     \*     \*

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Petitioners, Board of Education of Carroll County, Tara A. Battaglia, and Donna M. Sivigny, hereby dismiss their Petition for Declaratory and Injunctive Relief without prejudice.

Respectfully submitted,

/s/ (filed electronically)
_____
Edmund J. O'Meally
Federal Bar No. 04910
Andrew G. Scott
Federal Bar No. 29257
PESSIN KATZ LAW, P.A.
901 Dulaney Valley Road, Suite 501
Towson, Maryland 21204
Tel:   (410) 339-6757
Fax:  (410) 832-5654
eomeally@pklaw.com
ascott@pklaw.com
**COUNSEL FOR PETITIONERS**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 22nd day of February, 2022, a copy of the foregoing Notice of Voluntary Dismissal was electronically served upon all counsel of record via this Court's CM/ECF system.

/s/ (filed electronically)

Edmund J. O'Meally